**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA WOOD,<br><br>          Plaintiff,<br><br>      v.<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the United States Internal Revenue Service,<br><br>          Defendant. | Case No. 2:25-cv-11841-MCS-BFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that the complaint is dismissed without prejudice. Plaintiff Gina Wood shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_Mark C. Scarsi_

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1